## UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF OKLAHOMA

| | | |
|---|---|---|
| MANOJ KUMAR, | ) | |
| | ) | |
| Petitioner, | ) | |
| | ) | |
| vs. | ) | Case No. CIV-26-164-R |
| | ) | |
| MARY DE ANDA-YBARRA, et al., | ) | |
| | ) | |
| Respondents. | ) | |

## JUDGMENT

Pursuant to the Order entered this same date, the Court grants Petitioner's habeas petition in part. The Court finds that Petitioner is subject to detention under 8 U.S.C. § 1226(a) and may not be denied a bond redetermination hearing solely on the basis that he is detained under § 1225(b)(2)(A).

ENTERED this 17th day of March, 2026.

_David L. Russell_
DAVID L. RUSSELL
UNITED STATES DISTRICT JUDGE

1